**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: IDZIOR, MICHAEL § Case No. 08-11820-BWB
       IDZIOR, SHANNON §
                       §
Debtor(s)              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 04/09/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/03/2010          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: IDZIOR, MICHAEL | § | Case No. 08-11820-BWB |
| IDZIOR, SHANNON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 10,504.00

*and approved disbursements of*      $ 705.10

*leaving a balance on hand of* [1]      $ 9,798.90

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 1,800.36 | $ |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 4,987.52 | $ 68.72 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Alan D. Lasko | $ 1,426.70 | $ 15.45 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,337.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASIGNNE OF WA MUTUAL | $ 2,796.96 | $ 173.33 |
| 002 | CHASE BANK USA NA | $ 1,821.74 | $ 112.89 |
| 003 | IDES | $ 3,099.00 | $ 192.03 |
| 004 | PYOD LLC ITS SUCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | $ 4,217.97 | $ 261.37 |
| 005 | ECAST SETTLEMENT CORP ASSIGNEE OF HOUSEHOLD FINANCE CORP | $ 12,401.62 | $ 768.49 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte              Page 1 of 2                   Date Rcvd: Mar 09, 2010
Case: 08-11820                 Form ID: pdf006             Total Noticed: 42

The following entities were noticed by first class mail on Mar 11, 2010.
db/jdb        +Michael J Idzior,    Shannon M Idzior,    13843 S Princeton Ct,    Plainfield, IL 60544-7089
aty           +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Ben W Koyl,    Law Office of Ben W. Koyl,    17 North State Street,    Suite 1700,
                Chicago, IL 60602-3293
aty           +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty           +Michael Bane,    Law Offices of Ernesto D. Borges,    105 W. Madison Ave.,    Suite 2300,
                Chicago, IL 60602-4647
tr            +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
12221969       At & T Wireless,    P O Box 6451,    Carol Stream, IL 60197-6451
12221968      +Ben W. Koyl #,    Legal Helpers, PC,    Sears Tower,    233 S. Wacker Suite 5150,
                Chicago, IL 60606-6371
12221970      +Beneficial / Household Finance,    Attn: Bankruptcy Dept,    961 Weigel Dr,
                Elmhurst, IL 60126-1050
12476947      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14349695       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12221971      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12221972      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12221973      +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
12221974      +Citibank Usa,    Attn: Bankruptcy Dept,    Po Box 20487,    Kansas City, MO 64195-0487
12221975      +Com Ed,    Customer Care Center,    PO Box 805379,    Chicago, IL 60680-4179
12221976      +Community Pediatrics Ltd,    2250 Weber Road,    Suite 2,    Joliet, IL 60403-0966
12221977      +Directv,    PO Box 29079,    Glendale, CA 91209-9079
12221978      +Handyman Club of America,    PO Box 3516,    Hopkins, MN 55343-9516
12221979      +Hellen E Youngfelt,    34 W 65th St, Apt 1,    Westmont, IL 60559-3163
12221980      +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
12221981      +Hsbc/guitr,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
12221983      +IDES,   Benefit Repayments,    PO Box 4385,    Chicago, IL 60680-4385
12221982      +Ice Mountain,    6661 Dixie Hwy,    Suite 4,    Louisville, KY 40258-3950
12221985      +Joliet Radiological Service Corp.,    2208 Weber Rd,    Joliet, IL 60403-0961
12221986      +Mehmet Gulecyuz MD,    6300 RT 83, Suite 416-242,    Willowbrook, IL 60527-2248
12221967      +Michael J Idzior,    Shannon M Idzior,    13843 S Princeton Ct,    Plainfield, IL 60544-7089
12221987      +NEB Doctors of Illinois,    7646 W 159th St,    Orland Park, IL 60462-5035
12221989      +Prairie Emergency Services,    PO Box 189016,    Fort Lauderdale, FL 33318-9016
12221990      +Proven St Joseph Medcal Center,    333 N Madison St,    Joliet, IL 60435-8233
12221991      +Sm Servicing/Sallie Mae,    Attn: Claims Dept,    Po Box 9500,    Wilkes Barre, PA 18773-9500
12221992       Suntrust Mortgage Inc,    1001 Semmes Ave,    POB 27767 RVW 3034,    Richmond, VA 23261-7767
12221993      +Victoria’s Secret,    Po Box 182125,    Columbus, OH 43218-2125
12221994      +Washington Mutual / Providian,    Attn: Bankruptcy Dept,    Po Box 10467,
                Greenville, SC 29603-0467
12665896       eCAST Settlement Corporation assignee of,    Household Finance Corporation Beneficial,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Mar 09, 2010.
12221984      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:34:37      Jc Penney,
                Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza, Building 300,    Alpharetta, GA 30005-8738
12221988      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
12503698       E-mail/Text: resurgentbknotifications@resurgent.com
                PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12421961       E-mail/Text: resurgentbknotifications@resurgent.com
                PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2               Date Rcvd: Mar 09, 2010
Case: 08-11820                 Form ID: pdf006             Total Noticed: 42

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2010**               **Signature:**    *Joseph Speetjens*