**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: IDZIOR, MICHAEL § Case No. 08-11820-BWB
    IDZIOR, SHANNON §
    §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $43,500.00 |
| Total Distribution to Claimants: $3,151.03 | Claims Discharged Without Payment: $21,186.26 |
| Total Expenses of Administration: $7,353.83 | |

3) Total gross receipts of $ 10,504.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,504.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,003.85 | 7,353.83 | 7,353.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 204,553.64 | 24,337.29 | 3,151.03 |
| **TOTAL DISBURSEMENTS** | $0.00 | $213,557.49 | $31,691.12 | $10,504.86 |

    4) This case was originally filed under Chapter 7 on May 09, 2008.
. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/19/2010               By:  /s/THOMAS B. SULLIVAN, TRUSTEE   
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING/SAVINGS | 1129-000 | 714.00 |
| 2002 MITSUBISHI GALANT | 1129-000 | 2,286.00 |
| 2003 HARLEY DAVIDSON | 1129-000 | 7,500.00 |
| Interest Income | 1270-000 | 4.86 |
| **TOTAL GROSS RECEIPTS** | | **$10,504.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,800.36 | 1,800.36 | 1,800.36 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 68.72 | 68.72 | 68.72 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 4,987.52 | 3,337.50 | 3,337.50 |
| Alan D. Lasko | 3410-000 | N/A | 1,426.70 | 1,426.70 | 1,426.70 |
| Alan D. Lasko | 3420-000 | N/A | 15.45 | 15.45 | 15.45 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 446.77 | 446.77 | 446.77 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 8.33 | 8.33 | 8.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,003.85 | 7,353.83 | 7,353.83 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASIGNNE OF WA | 7100-000 | N/A | 2,796.96 | 2,796.96 | 362.13 |
| CHASE BANK USA NA | 7100-000 | N/A | 1,821.74 | 1,821.74 | 235.87 |
| IDES | 7100-000 | N/A | 3,099.00 | 3,099.00 | 401.24 |
| PYOD LLC ITS SUCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | N/A | 4,217.97 | 4,217.97 | 546.11 |
| ECAST SETTLEMENT CORP ASSIGNEE OF HOUSEHOLD FINANCE CORP | 7100-000 | N/A | 12,401.62 | 12,401.62 | 1,605.68 |
| SUNTRUST MORTGAGE INC. | 7200-000 | N/A | 180,216.35 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 204,553.64 | 24,337.29 | 3,151.03 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-11820-BWB  
**Case Name:** IDZIOR, MICHAEL  
              IDZIOR, SHANNON  
**Period Ending:** 07/19/10

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 05/09/08 (f)  
**§341(a) Meeting Date:** 06/03/08  
**Claims Bar Date:** 10/10/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 13843 S. PRINCETON COURT, PLAINFIELD, IL | 174,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/SAVINGS | 0.00 | 0.00 | | 714.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 700.00 | 0.00 | | 0.00 | FA |
| 5 | TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION | Unknown | Unknown | | 0.00 | FA |
| 7 | 1999 JEEP WRANGLER | 4,390.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 MITSUBISHI GALANT | 4,030.00 | 0.00 | | 2,286.00 | FA |
| 9 | 2003 HARLEY DAVIDSON | 9,070.00 | 5,690.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.86 | Unknown |
| 10 | Assets Totals (Excluding unknown values) | **$193,190.00** | **$5,690.00** | | **$10,504.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

    REACHED SETTLEMENT REGARDING HARLEY DAVIDSON; DEBTOR TO PAY ESTATE $3,000 OVER 12 MONTHS PLUS TURNOVER MOTORCYCLE FOR SALE AT AUCTION; 10/09 EMPLOY ACCOUNTANT; TAX RETURNS PREPARED; FINAL REPORT BEING PREPARED

**Initial Projected Date Of Final Report (TFR):** March 31, 2009      **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 07/19/2010 10:25 AM     V.12.08

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-11820-BWB  
**Case Name:** IDZIOR, MICHAEL  
IDZIOR, SHANNON  
**Taxpayer ID #:** \*\*-\*\*\*5582  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*16-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/13/09 | {8} | MICHAEL & SHANNON IDZIOR | SETTLEMENT PAYMENT | 1129-000 | 250.00 | | 250.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 250.01 |
| 04/03/09 | {9} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF MOTORCYCLE | 1129-000 | 7,500.00 | | 7,750.01 |
| 04/22/09 | {8} | MICHAEL AND SHANNON IDZIOR | SETTLEMENT PAYMENT | 1129-000 | 250.00 | | 8,000.01 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 8,000.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 8,000.57 |
| 06/22/09 | 1001 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 7,750.57 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 7,750.91 |
| 07/06/09 | | MICHAEL & SHANNON IDZIOR | SETTLEMENT PAYMENT | | 1,000.00 | | 8,750.91 |
| | {2} | | CHECKING ACCOUNT   714.00 | 1129-000 | | | 8,750.91 |
| | {8} | | GALANT   286.00 | 1129-000 | | | 8,750.91 |
| 07/30/09 | {8} | MICHAEL & SHANNON IDZIOR | SETTLEMENT PAYMENT | 1129-000 | 250.00 | | 9,000.91 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,001.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,001.64 |
| 09/16/09 | {8} | MICHAEL IDZIOR | SETTLEMENT PAYMENT | 1129-000 | 1,250.00 | | 10,251.64 |
| 09/17/09 | 1002 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT FOR EXPENSES | 3620-000 | | 446.77 | 9,804.87 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,805.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,805.66 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,806.07 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,806.48 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,806.86 |
| 02/05/10 | 1003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11820, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 8.33 | 9,798.53 |
| 02/05/10 | 1003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11820, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -8.33 | 9,806.86 |
| 02/05/10 | 1004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11820, BOND#016026455 | 2300-000 | | 8.33 | 9,798.53 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,798.90 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,799.33 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 9,799.58 |

Subtotals : $10,504.68   $705.10

{} Asset reference(s)

Printed: 07/19/2010 10:25 AM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-11820-BWB  
**Case Name:** IDZIOR, MICHAEL  
IDZIOR, SHANNON  
**Taxpayer ID #:** **-***5582  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****16-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire out to BNYM account 9200******1665 | Wire out to BNYM account 9200******1665 | 9999-000 | -9,799.58 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 705.10 | 705.10 | $0.00 |
| | | | Less: Bank Transfers | | -9,799.58 | 0.00 | |
| | | | **Subtotal** | | 10,504.68 | 705.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,504.68** | **$705.10** | |

{} Asset reference(s)

Printed: 07/19/2010 10:25 AM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-11820-BWB
**Case Name:** IDZIOR, MICHAEL
IDZIOR, SHANNON
**Taxpayer ID #:** **-***5582
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****16-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:25 AM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-11820-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | IDZIOR, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | IDZIOR, SHANNON | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***5582 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | Wire in from JPMorgan Chase Bank, N.A. account ********1665 | 9999-000 | 9,799.58 | | 9,799.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.14 | | 9,799.72 |
| 05/04/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 9,799.76 |
| 05/04/10 | | To Account #9200******1666 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 9,799.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,799.76 | 9,799.76 | $0.00 |
| | | | Less: Bank Transfers | | 9,799.58 | 9,799.76 | |
| | | | Subtotal | | 0.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.18** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:25 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-11820-BWB  
**Case Name:** IDZIOR, MICHAEL  
IDZIOR, SHANNON  
**Taxpayer ID #:** **-***5582  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/10 | | From Account #9200******1665 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 9,799.76 | | 9,799.76 |
| 05/06/10 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,800.36, Trustee Compensation; Reference: | 2100-000 | | 1,800.36 | 7,999.40 |
| 05/06/10 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $68.72, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 68.72 | 7,930.68 |
| 05/06/10 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $3,337.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,337.50 | 4,593.18 |
| 05/06/10 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $1,426.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,426.70 | 3,166.48 |
| 05/06/10 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $15.45, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 15.45 | 3,151.03 |
| 05/06/10 | 10106 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASIGNNE OF WA MUTUAL | Dividend paid 12.94% on $2,796.96; Claim# 001; Filed: $2,796.96; Reference: | 7100-000 | | 362.13 | 2,788.90 |
| 05/06/10 | 10107 | CHASE BANK USA NA | Dividend paid 12.94% on $1,821.74; Claim# 002; Filed: $1,821.74; Reference: | 7100-000 | | 235.87 | 2,553.03 |
| 05/06/10 | 10108 | IDES | Dividend paid 12.94% on $3,099.00; Claim# 003; Filed: $3,099.00; Reference: | 7100-000 | | 401.24 | 2,151.79 |
| 05/06/10 | 10109 | PYOD LLC ITS SUCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK | Dividend paid 12.94% on $4,217.97; Claim# 004; Filed: $4,217.97; Reference: | 7100-000 | | 546.11 | 1,605.68 |
| 05/06/10 | 10110 | ECAST SETTLEMENT CORP ASSIGNEE OF HOUSEHOLD FINANCE CORP | Dividend paid 12.94% on $12,401.62; Claim# 005; Filed: $12,401.62; Reference: | 7100-000 | | 1,605.68 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 9,799.76 | 9,799.76 | $0.00 |
| Less: Bank Transfers | 9,799.76 | 0.00 | |
| **Subtotal** | 0.00 | 9,799.76 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,799.76** | |

{} Asset reference(s)

Printed: 07/19/2010 10:25 AM    V.12.08

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-11820-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | IDZIOR, MICHAEL | | **Bank Name:** | The Bank of New York Mellon |
| | IDZIOR, SHANNON | | **Account:** | 9200-******16-66 - Checking Account |
| **Taxpayer ID #:** | **-***5582 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/19/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****16-65** | 10,504.68 | 705.10 | 0.00 |
| **Checking # ***-*****16-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******16-65** | 0.18 | 0.00 | 0.00 |
| **Checking # 9200-******16-66** | 0.00 | 9,799.76 | 0.00 |
| | $10,504.86 | $10,504.86 | $0.00 |

{} Asset reference(s)    Printed: 07/19/2010 10:25 AM    V.12.08